## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| ALLEN COLVIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | NO. 7:15-cv-00150-WLS |
| BRUMBLEY PLUMBING COMPANY, | : | |
| LLC and MICHAEL I. BUMBLEY, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

**COME NOW** all of the parties to this action and hereby move the Court for a Dismissal under Fed.R.Civ.P. 41(a)(1)(ii) for the dismissal of this action with prejudice.

*Wherefore*, this Court should approve this Stipulation of Dismissal dismissing this action in its entirety with prejudice. Each party shall bear his own costs.

**[SIGNATURES ON FOLLOWING PAGE]**

This 28th day of July, 2016.

/s/ *James M. Loren*
James M. Loren
Ga. Bar No. 551363
Attorney for Plaintiff

**Loren Law Group**
100 S. Pine Island Road, Suite 132
Plantation, FL 33324
Phone: 954-585-4878
Fax: 954-585-4886
jloren@lorenlaw.com


/s/ *Bruce Warren*
Bruce Warren
Ga. Bar No. 738475
Attorney for the Defendants

**Whitehurst, Blackburn & Warren**
809 South Broad Street
Thomasville, GA 31792
Phone: 229-226-2161
Fax: 229-228-9014
bwarren@wbwk.com

## CERTIFICATE OF SERVICE

    Served this day upon counsel listed below for the Defendant and all other parties by using the CM/ECF system, which will automatically send e-mail notifications of such filing to the following parties:

> Bruce Warren, Esq.
> 809 South Broad Street
> Thomasville, GA 31792
> Phone: 229-226-2161
> Fax: 229-228-9014
> bwarren@wbwk.com
> Attorney for Defendants

This 28th day of July, 2016.

> */s/ James Loren*
> James Loren
> **Loren Law Group**
> 100 S. Pine Island Road, Suite 132
> Plantation, FL 33324
> Phone: 954-585-4878
> Fax: 954-585-4886
> jloren@lorenlaw.com